```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    EUMI L. CHOI (WVBN 0722)
 3  Chief, Criminal Division

 4  ANDREW M. SCOBLE (CSBN 124940)
    Assistant United States Attorney
 5
        450 Golden Gate Ave.
 6      San Francisco, California  94102
        Telephone:  (415) 436-7249
 7      Fax:  (415) 436-7234

 8  Attorneys for Plaintiff

 9                          UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11                               SAN FRANCISCO DIVISION
12

13
14  UNITED STATES OF AMERICA,              )   No.:  CR 05-0375 SI
                                           )
15          Plaintiff,                     )   ORDER EXCLUDING TIME FROM
                                           )   SPEEDY TRIAL ACT COMPUTATION
16      v.                                 )
                                           )
17  ENRIQUE CHAN,                          )
    RICHARD WONG,                          )
18  BARTHOLOMEW JOSEPH ALEXIS,             )
    SERGIO ALVAREZ,                        )
19  ASA LEE BARNLA,                        )
    JAY CHEN,                              )
20  MINHO THOMAS CHO,                      )
    FAISAL MANSOOR ALY GOWANI,             )
21  CHI DUC HAC,                           )
    DARRICK CURTISS HOM,                   )
22  DAVID LEE,                             )
    GENARO VALENTINE LOPEZ,                )
23  BRIAN HENG LUN LY,                     )
    ROSELIA PUGA MENDOZA,                  )
24  PHUNG VAN NGUYEN,                      )
    THY QUANG NGUYEN,                      )
25  EDWARD WOOK SUNG PARK,                 )
    IRIS LAI HUNG TAM,                     )
26  EDWIN GORDON TOY, and                  )
    PHAT VAN VUONG,                        )
27                                         )
            Defendants.                    )
28  _____)
```

1  Seventeen defendants (that is, all defendants named in the pending Indictment except
2  Bartholomew Joseph Alexis, Genaro Valentine Lopez, and Phung Van Nguyen) appeared before
3  the Court on July 15, 2005 at 11:00 a.m. Defendant Enrique Chan appeared in custody with
4  counsel J. David Nick. Defendant Thy Quang Nguyen appeared in custody with counsel Martin
5  Resendez Guajardo. The remaining defendants, all released on conditions of bail, appeared with
6  their own counsel with the exception of the following defendants, for whom the listed attorneys
7  made special appearances: Faisal Gowani (Tony Tamburello appearing specially); Darrick
8  Curtiss Hom (Lawrence Jeffrey Lichter appearing specially); Chi Duc Hac (Ean Vizzi appearing
9  specially); David Lee (Alexandra Rahn appearing specially). A Mandarin interpreter was present
10 to assist defendant Iris Tam.

11  The parties jointly requested a continuance of this case until September 30, 2005 at 11:00
12 a.m. The parties agreed in open Court, with their attorneys' concurrence, that the period from
13 July 15, 2005 through and including September 30, 2005, should be excluded from the otherwise
14 applicable Speedy Trial Act computation, because failure to grant the continuance as requested
15 would unreasonably deny defendants continuity of counsel and the reasonable time necessary for
16 effective preparation, taken into account the exercise of due diligence. Specifically, the parties
17 represented that this case involves a lengthy undercover operation and a wiretap of defendant
18 Enrique Chan's cellular telephone; the government has already provided more than 8600 pages
19 of discovery; there will be further voluminous discovery productions, which counsel will need
20 time to review in order to prepare effectively on behalf of their clients; and the government has
21 indicated its intention to seek further charges, including money laundering charges.

22  Based upon the above-described representations and the parties' agreement in open
23 Court, THE COURT FINDS THAT the ends of justice served by granting a continuance from
24 July 15, 2005 through and including September 30, 2005 outweigh the best interest of the public
25 and the defendants in a speedy trial, and that failure to grant such a continuance would
26 unreasonably deny the defendants continuity of counsel and the reasonable time necessary for
27 effective preparation, taking into account the exercise of due diligence.

28  Accordingly, THE COURT ORDERS THAT:

ORDER EXCLUDING TIME
[CR 05-0375 SI]                       2

1.    This case is continued to September 30, 2005 at 11:00 a.m. for further status and setting.

2.    The period from July 15, 2005 through and including September 30, 2005 is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

DATED: 7/19/05

s/William Alsup for
_____
HON. SUSAN ILLSTON
United States District Judge

ORDER EXCLUDING TIME
[CR 05-0375 SI]    3