```
J. TONY SERRA, SBN 32639
ANNA LING, SBN 196023
506 Broadway
San Francisco CA 94133
Telephone: 415/986-5591

Attorneys for Defendant
EDWARD PARK
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>EDWARD PARK,<br><br>        Defendant.<br>_____/ | CR 05-00375 SI<br><br>STIPULATION AND ORDER SETTING BRIEFING SCHEDULE <u>AND CONTINUED MOTIONS DATE</u> |

THE PARTIES HEREBY STIPULATE AND AGREE to the following briefing schedule and continued motion's hearing date regarding Defendant Park's Motion to Dismiss, or Alternatively, Motion for Discovery re Selective Prosecution (Docket #220), which was e-filed on December 2, 2005, as follows:

1) Government opposition filing deadline is February 3, 2006;

3) Defense reply filing deadline is February 10, 2006;

4) The hearing on the motion is continued from January 20, 2006 to February 17, 2006 at 11:00 a.m.

The parties also agree and request an exclusion of time under the Speedy Trial Act, 18 U.S.C. section 3161 (h)(1)(F),


1  from January 20, 2006 to the date of the motion's hearing on
2  February 17, 2006, for the pendency of the motion.  It is so
3  stipulated.
4       Dated: December 8, 2005

6  /S/ANDREW M. SCOBLE          /s/ J. TONY SERRA
   ANDREW M. SCOBLE             J. TONY SERRA
7  Assistant U.S. Attorney      Attorney for EDWARD PARK

8       **IT IS SO ORDERED**.
9       Dated:

11  _____
    SUSAN ILLSTON, Judge
12  United States District Court

*IT IS SO ORDERED*
*Judge Susan Illston*

**PIER 5 LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

2