UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

   v.

DAVID LEE,

       Defendant.
_____/

CR 05-00375 SI

STIPULATION AND ORDER
ALLOWING TRAVEL OUTSIDE
THE NORTHERN DISTRICT

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant DAVID

LEE may travel to Sacramento, California, from February 10-13,

2006, to attend a Chinese New Year celebration at the Buddhist

Temple.  Defendant will provide Pretrial Services with his

itinerary and a telephone number where he can be reached.

    Pretrial Services Michelle Nero has no objection to this

request.

    Dated:  February 8, 2006


__/s/ ANDREW SCOBLE_____
ANDREW SCOBLE
Assistant U.S. Attorney

__/s/LAURENCE JEFFREY LICHTER
LAURENCE JEFFREY LICHTER
Attorney for Defendant


**IT IS SO ORDERED.**

Dated: 2/8/06

_____
SUSAN ILLSTON, Judge
United States District Court