1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  ANDREW M. SCOBLE (CSBN 124940)
   Assistant United States Attorney
5
   450 Golden Gate Ave.
6  San Francisco, California 94102
   Telephone: (415) 436-7249
7  Fax: (415) 436-7234

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13

14 | UNITED STATES OF AMERICA,           )   No.: CR 05-0375 SI
15 |        Plaintiff,                    )   STIPULATION AND
                                          )   [PROPOSED] ORDER
16 |    v.                                )   EXCLUDING TIME FROM
                                          )   SPEEDY TRIAL ACT COMPUTATION
17 | ENRIQUE CHAN,                        )
    RICHARD WONG,                         )
18 | BARTHOLOMEW JOSEPH ALEXIS,           )
    SERGIO ALVAREZ,                       )
19 | ASA LEE BARNLA,                      )
    JAY CHEN,                             )
20 | MINHO THOMAS CHO,                    )
    FAISAL MANSOOR ALY GOWANI,            )
21 | CHI DUC HAC,                         )
    DARRICK CURTISS HOM,                  )
22 | DAVID LEE,                           )
    GENARO VALENTINE LOPEZ,               )
23 | BRIAN HENG LUN LY,                   )
    ROSELIA PUGA MENDOZA,                 )
24 | PHUNG VAN NGUYEN,                    )
    THY QUANG NGUYEN,                     )
25 | EDWARD WOOK SUNG PARK,               )
    IRIS LAI HUNG TAM,                    )
26 | EDWIN GORDON TOY,                    )
    PHAT VAN VUONG, and                   )
27 | VINCE MING WAN,                      )
                                          )
28 |         Defendants.                  )
                                          )
   _____    )

1                                          STIPULATION

IT IS STIPULATED, BY THE PARTIES THROUGH THEIR UNDERSIGNED COUNSEL, THAT THE ORDER SET FORTH BELOW MAY BE ENTERED, BASED UPON THE REPRESENTATIONS SET FORTH BELOW:

At the February 17, 2006 motions hearing, at which all defendants appeared in person or through counsel (with the exception of defendant Asa Barnla, whose case has been resolved, and defendants Bartholomew Joseph Alexis and Phung Van Nguyen, who have not yet been arrested and brought before the Court), the Court heard argument and took under submission the pending motions filed by defendants Edward Park, Darrick Hom, David Lee and Phat Vuong and joined by various co-defendants. The Court set a comprehensive pretrial motions briefing and hearing date: defendants are to file all motions by April 21, 2006; the government shall file its oppositions by May 12, 2006; and the defendants shall file any reply briefs by May 19, 2006. All motions shall be heard on May 26, 2006 at 11:00 a.m.

The parties (including defendant Phat Vuong) have previously stipulated to a Speedy Trial Act exclusion of time, from the commencement of this case through January 20, 2006, on grounds of factual complexity. The parties have previously represented that the underlying investigation involves a wiretap as well as a large number of search warrants and investigations involving multiple local and federal law enforcement agencies; that there is a very large volume of discovery already produced or in the process of being produced; and that the case involves twenty-one defendants. For these reasons, the parties previously agreed that all time through and including January 20, 2006, should be excluded from the otherwise applicable Speedy Trial Act computation, because the factual complexity rendered it unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act.

With the exception of defendant Phat Van Vuong, whose motion to sever his case and proceed to trial was argued at the February 17, 2006 and has been taken under submission by the Court, the parties now agree that a further exclusion of time through April 21, 2006 – the date by which defendants' motions are to be filed – from the otherwise applicable Speedy Trial Act

ORDER EXCLUDING TIME
[CR 05-0375 SI]                              2

computation is appropriate, based upon the volume of discovery copied and Bates numbered for production (which is estimated to exceed 150,000 pages of images), the number of defendants remaining in the case, and the number of searches (and different jurisdictions) involved in the underlying investigation. Further, and independently of the complexity finding, the parties agree that failure to grant the continuance through April 21, 2006 as requested would deny counsel for the defendants the reasonable time necessary for effective preparation, taken into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED:

_____
J. DAVID NICK
Counsel for Defendant Enrique Chan

DATED:

_____
EAN VIZZI
Counsel for Defendant Richard Wong

DATED:

_____
TERENCE HALLINAN
Counsel for Defendant Sergio Alvarez

DATED:

_____
OMAR FIGUEROA
Counsel for Defendant Jay Chen

DATED:

_____
RANDOLPH DAAR
Counsel for Defendant Minho Thomas Cho

DATED:

_____
ROBERT WAGGENER
Counsel for Defendant Faisal M.A. Gowani

DATED:

_____
E. MICHAEL LINSCHEID
Counsel for Defendant Chi Duc Hac

//

ORDER EXCLUDING TIME
[CR 05-0375 SI]                    3

computation is appropriate, based upon the volume of discovery copied and Bates numbered for production (which is estimated to exceed 150,000 pages of images), the number of defendants remaining in the case, and the number of searches (and different jurisdictions) involved in the underlying investigation. Further, and independently of the complexity finding, the parties agree that failure to grant the continuance through April 21, 2006 as requested would deny counsel for the defendants the reasonable time necessary for effective preparation, taken into account the exercise of due diligence.

IT IS SO STIPULATED.

DATED:

_____
J. DAVID NICK
Counsel for Defendant Enrique Chan

DATED:

_____
EAN VIZZI
Counsel for Defendant Richard Wong

DATED: Mar 28, 06

_____
TERENCE HALLINAN
Counsel for Defendant Sergio Alvarez

DATED:

_____
OMAR FIGUEROA
Counsel for Defendant Jay Chen

DATED:

_____
RANDOLPH DAAR
Counsel for Defendant Minho Thomas Cho

DATED:

_____
ROBERT WAGGENER
Counsel for Defendant Faisal M.A. Gowani

DATED:

_____
E. MICHAEL LINSCHEID
Counsel for Defendant Chi Duc Hac

//

ORDER EXCLUDING TIME
[CR 05-0375 SI]                         3

1  computation is appropriate, based upon the volume of discovery copied and Bates numbered for
2  production (which is estimated to exceed 150,000 pages of images), the number of defendants
3  remaining in the case, and the number of searches (and different jurisdictions) involved in the
4  underlying investigation. Further, and independently of the complexity finding, the parties agree
5  that failure to grant the continuance through April 21, 2006 as requested would deny counsel for
6  the defendants the reasonable time necessary for effective preparation, taken into account the
7  exercise of due diligence.
8      IT IS SO STIPULATED.

10 DATED:

    J. DAVID NICK
    Counsel for Defendant Enrique Chan

12 DATED:

    EAN VIZZI
    Counsel for Defendant Richard Wong

15 DATED:

    TERENCE HALLINAN
    Counsel for Defendant Sergio Alvarez

17 DATED:

    OMAR FIGUEROA
    Counsel for Defendant Jay Chen

20 DATED: 2/23/06

    RANDOLPH DAAR
    Counsel for Defendant Minho Thomas Cho

23 DATED:

    ROBERT WAGGENER
    Counsel for Defendant Faisal M.A. Gowani

26 DATED:

    E. MICHAEL LINSCHEID
    Counsel for Defendant Chi Duc Hac

28 //

ORDER EXCLUDING TIME
[CR 05-0375 SI]                              3

1  computation is appropriate, based upon the volume of discovery copied and Bates numbered for
2  production (which is estimated to exceed 150,000 pages of images), the number of defendants
3  remaining in the case, and the number of searches (and different jurisdictions) involved in the
4  underlying investigation. Further, and independently of the complexity finding, the parties agree
5  that failure to grant the continuance through April 21, 2006 as requested would deny counsel for
6  the defendants the reasonable time necessary for effective preparation, taken into account the
7  exercise of due diligence.
8        IT IS SO STIPULATED.
9
10 DATED:
11                               J. DAVID NICK
                              Counsel for Defendant Enrique Chan
12
  DATED:
13                               EAN VIZZI
14                               Counsel for Defendant Richard Wong
15 DATED:
16                               TERENCE HALLINAN
                              Counsel for Defendant Sergio Alvarez
17
DATED:
18                               OMAR FIGUEROA
19                               Counsel for Defendant Jay Chen
20 DATED:
21                               RANDOLPH DAAR
                              Counsel for Defendant Minho Thomas Cho
22
23 DATED: 3/29/06
24                               ROBERT WAGGENER
                              Counsel for Defendant Faisal M.A. Gowani
25
26 DATED:
27                               E. MICHAEL LINSCHEID
                              Counsel for Defendant Chi Duc Hac
28 //

1 | computation is appropriate, based upon the volume of discovery copied and Bates numbered for
2 | production (which is estimated to exceed 150,000 pages of images), the number of defendants
3 | remaining in the case, and the number of searches (and different jurisdictions) involved in the
4 | underlying investigation. Further, and independently of the complexity finding, the parties agree
5 | that failure to grant the continuance through April 21, 2006 as requested would deny counsel for
6 | the defendants the reasonable time necessary for effective preparation, taken into account the
7 | exercise of due diligence.
8 |     IT IS SO STIPULATED.

10 | DATED:
11 |                                 J. DAVID NICK
                                Counsel for Defendant Enrique Chan

12 | DATED:
13 |                                 EAN VIZZI
                                Counsel for Defendant Richard Wong

15 | DATED:
16 |                                 TERENCE HALLINAN
                                Counsel for Defendant Sergio Alvarez

17 | DATED:
18 |                                 OMAR FIGUEROA
                                Counsel for Defendant Jay Chen

20 | DATED:
21 |                                 RANDOLPH DAAR
                                Counsel for Defendant Minho Thomas Cho

23 | DATED:
24 |                                 ROBERT WAGGENER
                                Counsel for Defendant Faisal M.A. Gowani

26 | DATED: 3/20/06
27 |                                 E. MICHAEL LINSCHEID
                                Counsel for Defendant Chi Duc Hac

28 | //

ORDER EXCLUDING TIME
[CR 05-0375 SI]                      3

```
 1  DATED:                        _____
                                  NEDRA RUIZ
 2                                Counsel for Defendant Darrick Hom
 3
 4  DATED:                        _____
                                  LAWRENCE JEFFREY LICHTER
 5                                Counsel for Defendant David Lee
 6
 7  DATED:                        _____
                                  NINA WILDER
 8                                Counsel for Defendant Genaro V. Lopez
 9
10  DATED:                        _____
                                  JAMES BUSTAMANTE
11                                Counsel for Defendant Brian Ly
12
13  DATED:                        _____
                                  GABRIEL CASWELL
14                                Counsel for Defendant Roselia P. Mendoza
15
16  DATED:                        _____
                                  STEVEN GRUEL
17                                Counsel for Defendant Thy Q. Nguyen
18
19  DATED:                        _____
                                  J. TONY SERRA/ANNA LING
20                                Counsel for Defendant Edward W.S. Park
21
22  DATED:                        _____
                                  SHARI L. GREENBERGER
23                                Counsel for Defendant Iris L.H. Tam
24
25  DATED:                        _____
                                  DENNIS ROBERTS
26                                Counsel for Defendant Edwin G. Toy
27
28  //
```

ORDER EXCLUDING TIME
[CR 05-0375 SI]                                 4

```
 1  DATED:
                                        _____
 2                                      NEDRA RUIZ
                                        Counsel for Defendant Darrick Hom
 3
 4  DATED:
                                        _____
 5                                      LAWRENCE JEFFREY LICHTER
                                        Counsel for Defendant David Lee
 6
 7  DATED: 03.22.06                     /s/ NW
                                        _____
 8                                      NINA WILDER
                                        Counsel for Defendant Genaro V. Lopez
 9
10  DATED:
                                        _____
11                                      JAMES BUSTAMANTE
                                        Counsel for Defendant Brian Ly
12
13  DATED:
                                        _____
14                                      GABRIEL CASWELL
                                        Counsel for Defendant Roselia P. Mendoza
15
16  DATED:
                                        _____
17                                      STEVEN GRUEL
                                        Counsel for Defendant Thy Q. Nguyen
18
19  DATED:
                                        _____
20                                      J. TONY SERRA/ANNA LING
                                        Counsel for Defendant Edward W.S. Park
21
22  DATED:
                                        _____
23                                      SHARI L. GREENBERGER
                                        Counsel for Defendant Iris L.H. Tam
24
25  DATED:
                                        _____
26                                      DENNIS ROBERTS
                                        Counsel for Defendant Edwin G. Toy
27
28  //
```

ORDER EXCLUDING TIME
[CR 05-0375 SI]                         4

```
 1  DATED:
                                    _____
 2                                  NEDRA RUIZ
                                    Counsel for Defendant Darrick Horn
 3
 4  DATED:
                                    _____
                                    LAWRENCE JEFFREY LICHTER
 5                                  Counsel for Defendant David Lee
 6
 7  DATED:
                                    _____
                                    NINA WILDER
 8                                  Counsel for Defendant Genaro V. Lopez
 9
10  DATED:
                                    _____
                                    JAMES BUSTAMANTE
11                                  Counsel for Defendant Brian Ly
12
13  DATED:
                                    _____
                                    GABRIEL CASWELL
14                                  Counsel for Defendant Roselia P. Mendoza
15
16  DATED:
                                    _____
                                    STEVEN GRUEL
17                                  Counsel for Defendant Thy Q. Nguyen
18
19  DATED:
                                    _____
                                    J. TONY SERRA/ANNA LING
20                                  Counsel for Defendant Edward W.S. Park
21
22  DATED:
                                    _____
                                    SHARI L. GREENBERGER
23                                  Counsel for Defendant Iris L.H. Tam
24
25  DATED:
                                    _____
                                    DENNIS ROBERTS
26                                  Counsel for Defendant Edwin G. Toy
27
28  //
```

ORDER EXCLUDING TIME
[CR 05-0375 SI]                          4

```
1   DATED:
                              _____
2                             NEDRA RUIZ
                              Counsel for Defendant Darrick Hom
3

4   DATED:
                              _____
5                             LAWRENCE JEFFREY LICHTER
                              Counsel for Defendant David Lee
6

7   DATED:
                              _____
8                             NINA WILDER
                              Counsel for Defendant Genaro V. Lopez
9

10  DATED:
                              _____
11                            JAMES BUSTAMANTE
                              Counsel for Defendant Brian Ly
12

13  DATED:
                              _____
14                            GABRIEL CASWELL
                              Counsel for Defendant Roselia P. Mendoza
15

16  DATED:
                              _____
17                            STEVEN GRUEL
                              Counsel for Defendant Thy Q. Nguyen
18
                              _____[signature]_____
19  DATED: Feb 21, 06         
                              J. TONY SERRA/ANNA LING
20                            Counsel for Defendant Edward W.S. Park

21

22  DATED:
                              _____
23                            SHARI L. GREENBERGER
                              Counsel for Defendant Iris L.H. Tam
24

25  DATED:
                              _____
26                            DENNIS ROBERTS
                              Counsel for Defendant Edwin G. Toy
27

28  //
```

ORDER EXCLUDING TIME
[CR 05-0375 SI]                          4

| | |
|---|---|
| 1  DATED: | _____ |
| 2 | NEDRA RUIZ |
| 3 | Counsel for Defendant Darrick Hom |
| 4  DATED: | _____ |
| 5 | LAWRENCE JEFFREY LICHTER |
| 6 | Counsel for Defendant David Lee |
| 7  DATED: | _____ |
| 8 | NINA WILDER |
| 9 | Counsel for Defendant Genaro V. Lopez |
| 10  DATED: | _____ |
| 11 | JAMES BUSTAMANTE |
| 12 | Counsel for Defendant Brian Ly |
| 13  DATED: | _____ |
| 14 | GABRIEL CASWELL |
| 15 | Counsel for Defendant Roselia P. Mendoza |
| 16  DATED: | _____ |
| 17 | STEVEN GRUEL |
| 18 | Counsel for Defendant Thy Q. Nguyen |
| 19  DATED: | _____ |
| 20 | J. TONY SERRA/ANNA LING |
| 21 | Counsel for Defendant Edward W.S. Park |
| 22  DATED: | _____ |
| 23 | SHARI L. GREENBERGER |
| 24 | Counsel for Defendant Iris L.H. Tam |
| 25  DATED: 3-15-06 | _____ |
| 26 | DENNIS ROBERTS |
| 27 | Counsel for Defendant Edwin G. Toy |
| 28  // | |

ORDER EXCLUDING TIME
[CR 05-0375 SI]                                    4

1 | DATED:

*[signature]*

DOUGLAS I. HORNGRAD
Counsel for Defendant Vince Ming Wan

5 | DATED:

KEVIN V. RYAN
United States Attorney

ANDREW M. SCOBLE
Assistant United States Attorney

## [PROPOSED] ORDER EXCLUDING TIME

Based upon the above-described representations and the parties' stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from January 20, 2006 (the date through which the last exclusion of time extended) through and including April 21, 2006 (the date upon which defense motions are due to be filed) outweigh the best interest of the public and the defendants in a speedy trial, and that the case is so factually complex, due to the number of defendants and the nature of the prosecution (including the volume and range of discovery, and the nature of the underlying investigation), that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

The COURT FURTHER FINDS THAT, even if the case were not complex as found above, failure to grant the requested continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to May 26, 2006 at 11:00 a.m. for hearing on all pretrial motions of defendants. The defense motions shall be filed on or before April 21, 2006.

ORDER EXCLUDING TIME
[CR 05-0375 SI]                                    5

DATED: _____
DOUGLAS I. HORNGRAD
Counsel for Defendant Vince Ming Wan

DATED: 3/29/2006   KEVIN V. RYAN
United States Attorney

_____
ANDREW M. SCOBLE
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME

Based upon the above-described representations and the parties' stipulation, THE COURT FINDS THAT the ends of justice served by granting a continuance from January 20, 2006 (the date through which the last exclusion of time extended) through and including April 21, 2006 (the date upon which defense motions are due to be filed) outweigh the best interest of the public and the defendants in a speedy trial, and that the case is so factually complex, due to the number of defendants and the nature of the prosecution (including the volume and range of discovery, and the nature of the underlying investigation), that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

The COURT FURTHER FINDS THAT, even if the case were not complex as found above, failure to grant the requested continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to May 26, 2006 at 11:00 a.m. for hearing on all pretrial motions of defendants. The defense motions shall be filed on or before April 21, 2006.

1 | The government's opposition papers are due on or before May 12, 2006, and the defendants'
2 | reply papers are due on or before May 19, 2006.

3 |       2.    The period from January 20, 2006 (the date through which the last
4 | exclusion of time extended) through and including April 21, 2006 (the date upon which defense
5 | motions are due to be filed) is excluded from the otherwise applicable Speedy Trial Act
6 | computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

7 |       IT IS SO ORDERED.

10 | DATED:  _____
11 |       HON. SUSAN ILLSTON
      United States District Judge

ORDER EXCLUDING TIME
[CR 05-0375 SI]      6