KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorney

450 Golden Gate Ave.
San Francisco, California 94102
Telephone: (415) 436-7249
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ENRIQUE CHAN, ET AL.,<br><br>　　　　Defendants. | No.: CR 05-0375 SI<br><br>UNITED STATES' APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF; AND PROPOSED ORDER<br><br>Hearing:　May 26, 2006<br>Time:　　11:00 a.m.<br>Place:　　Courtroom 10<br><br>Excludible Time: April 21, 2006 through disposition, per 18 U.S.C. § 3161(h)(1)(F) |

## APPLICATION

The United States respectfully requests permission pursuant to Criminal Local Rule 47-2(d), which refers to Civil Local Rule 7-4(b), to file a Consolidated Opposition memorandum to defendants' two motions to suppress all evidence derived from Title III surveillance, which exceeds twenty-five pages of text.

In support of this application, the United States submits that defendants' motions to suppress raises numerous issues involving legal discussion and factual recitation. To adequately address both the facts and the law relevant to the defendants' motions (which

constitute a combined 78 pages of text), the United States respectfully requests that the Court permit the filing of the accompanying 70-page Consolidated Opposition memorandum. The United States submits herewith a [Proposed] Order, with the accompanying proposed Consolidated Opposition memorandum.

Dated: 5/12/2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ANDREW M. SCOBLE
Assistant United States Attorney

[PROPOSED] ORDER GRANTING LEAVE TO FILE OVERSIZE BRIEF

For good cause appearing, the Court hereby GRANTS leave to the United States to file an oversize brief (of 70 pages in text) in consolidated opposition to defendants' motions to suppress all evidence derived from Title III surveillance.

Dated:

HON. SUSAN ILLSTON
United States District Judge

2

# CERTIFICATE OF SERVICE

## UNITED STATES v. ENRIQUE CHAN, ET AL.
## CRIMINAL NO. CR 05-0375 SI

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of:

## UNITED STATES' APPLICATION FOR LEAVE TO FILE OVERSIZED BRIEF; AND PROPOSED ORDER

to be served this date on the party(ies) in this action, **By Federal Express.**

| | | |
|---|---|---|
| J. David Nick, Esq.<br>Pier 5 Law Offices<br>A Community of Sole Practitioners<br>506 Broadway<br>San Francisco, CA 94133 | Ean Vizzi, , Esq.<br>Pier 5 Law Offices<br>A Community of Sole Practitioners<br>506 Broadway<br>San Francisco, CA 94133 | Douglas I. Horngrad, Esq.<br>Law Office of Douglas Horngrad<br>1736 Stockton Street<br>San Francisco, CA 94133-2926 |
| **(Counsel for Enrique Chan)** | **(Counsel for Richard Wong)** | **(Counsel for Vince Ming Wan)** |

Shari L. Greenberger
Serra, Lichter, et al.
506 Broadway
San Francisco, CA 94133

**(Counsel for Iris Lai Hung Tam)**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: May 12, 2006

Cherell M. Hallett
Lead Legal Assistant Criminal Division