```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CSBN 124940)
   Assistant United States Attorney
5
       450 Golden Gate Ave.
6      San Francisco, California  94102
       Telephone:  (415) 436-7249
7      Fax:  (415) 436-7234

8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-0375 SI |
| Plaintiff, | ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| v. | |
| ENRIQUE CHAN, RICHARD WONG, BARTHOLOMEW JOSEPH ALEXIS, SERGIO ALVAREZ, ASA LEE BARNLA, JAY CHEN, MINHO THOMAS CHO, FAISAL MANSOOR ALY GOWANI, CHI DUC HAC, DARRICK CURTISS HOM, DAVID LEE, GENARO VALENTINE LOPEZ, BRIAN HENG LUN LY, ROSELIA PUGA MENDOZA, PHUNG VAN NGUYEN, THY QUANG NGUYEN, EDWARD WOOK SUNG PARK, IRIS LAI HUNG TAM, EDWIN GORDON TOY, PHAT VAN VUONG, and VINCE MING WAN, | |
| Defendants. | |

| | |
|---|---|
| 1 | ORDER EXCLUDING TIME |

2   On May 26, 2006, the parties appeared before the Court for hearing on defendants' two
3 motions to suppress the fruits of Court-authorized Title III interceptions and for a bill of
4 particulars.  All defendants were present except Genaro Lopez and Thy Q. Nguyen (whose
5 counsel were present) and fugitives Bartholomew Alexis and Phung Van Nguyen.  At the
6 conclusion of the hearing, the Court ordered the parties to appear on August 25, 2006 for further
7 status and for setting a further motions and hearing schedule.  With the concurrence of all parties
8 except defendant Phat Van Vuong, the Court made a finding of factual and legal complexity
9 under 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) through and including August 25, 2006.

10   Accordingly, THE COURT FINDS THAT the ends of justice served by granting a
11 continuance from May 26, 2006 (the date of the hearing on defendants' motions) through and
12 including August 25, 2006 (the date of the scheduled appearance for further status and setting of
13 a further motions and hearing schedule) outweigh the best interest of the public and the
14 defendants in a speedy trial, and that the case is so factually and legally complex, due to the
15 number of defendants and the nature of the prosecution (including the volume and range of
16 discovery, the nature of the underlying investigation, and the number of searches and search
17 warrants involved), that it is unreasonable to expect adequate preparation for pretrial proceedings
18 and for the trial itself within the otherwise applicable time limits set forth in the Speedy Trial
19 Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

20   The COURT FURTHER FINDS THAT, even if the case were not complex as found
21 above, failure to grant the requested continuance would deny counsel for the defendants the
22 reasonable time necessary for effective preparation, taking into account the exercise of due
23 diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

24   Accordingly, THE COURT ORDERS THAT:

25   1.   This case is continued to August 25, 2006 at 11:00 a.m. for further status
26 and for setting of a further motions and hearing schedule.

27   2.   The period from May 26, 2006 (the date of the hearing on defendants'
28 motions) through and including August 25, 2006 (the date of the scheduled appearance for

1 further status and setting of a further motions and hearing schedule) is excluded from the
2 otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) &
3 (B)(ii) & (iv).
4     3.    Any motion to sever (with the exception of such a motion by defendant
5 Iris Tam), and any motion by defendant Vuong to dismiss the indictment for claimed speedy trial
6 violation, shall be heard on August 4, 2006 at 11:00 a.m. The defendants shall file their motions
7 by July 21, 2006, and the government shall file its oppositions by July 28, 2006.
8     4.    Defendant Iris Tam shall file her motion to sever, if any, by August 11,
9 2006; the government shall files its opposition by August 18, 2006; and the motion shall be heard
10 on August 25, 2006 at 11:00 a.m.
11     IT IS SO ORDERED.

DATED:

                    HON. SUSAN ILLSTON
                    United States District Judge

ORDER EXCLUDING TIME
[CR 05-0375 SI]                3