UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID LEE,

    Defendant.

/

CR 05-00375 SI

STIPULATION AND ORDER ALLOWING TRAVEL OUTSIDE THE NORTHERN DISTRICT

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant DAVID LEE may travel to Las Vegas, Nevada, from August 4 through August 6, 2006.

    David Lee is permitted to fly from San Francisco International Airport on the morning of August 4, 2006, arriving at Las Vegas, at 9:00 a.m. Mr. Lee will stay at the Luxor Hotel, 3900 Las Vegas Boulevard, South Las Vegas Nevada, 89119. Mr. Lee will return on Sunday, August 6, 2006. While in Las Vegas, Mr. Lee will be with his first cousin, celebrating his cousin's upcoming wedding. Upon his return on August 6, 2006, Mr. Lee will notify Pretrial Services Officer Michelle Nero.

    Ms. Nero has no objection to Mr. Lee's proposed travel plans. Mr. Lee will provide his room number and telephone number at the Luxor Hotel as soon as his reservations are confirmed.

    Andrew Scoble referred this matter to Assistant United

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331

1

States Attorney Audra Ibarra.  Ms. Ibarra has no objection to Mr. Lee's travel plans, since none was voiced by Pretrial Services Officer Michelle Nero.

July 17, 2006

  /s/ AUDRA IBARRRA              /s/LAURENCE JEFFREY LICHTER
AUDRA IBARRA                   LAURENCE JEFFREY LICHTER
Assistant U.S. Attorney        Attorney for Defendant

**IT IS SO ORDERED.**

Dated:

_____
SUSAN ILLSTON, Judge
United States District Court