KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
Assistant United States Attorney

    450 Golden Gate Ave.
    San Francisco, California  94102
    Telephone:  (415) 436-7249
    Fax:  (415) 436-7234
    E-Mail:  andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>   v.<br><br>ENRIQUE CHAN,<br>RICHARD WONG,<br>SERGIO ALVAREZ,<br>YUTA ARAI,<br>JAY CHEN,<br>MINHO THOMAS CHO,<br>FAISAL MANSOOR ALY GOWANI,<br>CHI DUC HAC,<br>QUE DONALD HAC,<br>DARRICK CURTISS HOM,<br>DAVID LEE,<br>BRIAN HENG LUN LY,<br>ROSELIA PUGA MENDOZA,<br>PHUNG VAN NGUYEN,<br>THY QUANG NGUYEN,<br>EDWARD WOOK SUNG PARK,<br>MICHAEL SAY SU,<br>IRIS LAI HUNG TAM, and<br>EDWIN GORDON TOY,<br><br>    Defendants. | No.: CR 05-0375 SI<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

| | |
|---|---|
| 1 | ORDER EXCLUDING TIME |

2   On August 28, 2006, the parties appeared before the Court for a hearing on the motions of

3 defendants Lee and Hom to dismiss the indictment on ex post facto grounds.  All defendants

4 currently before the Court in this case and whose presence had not previously been waived were

5 present with either their own counsel or co-defendants' counsel appearing specially for them.

6 (Fugitives Phung Van Nguyen and Michael Say Su have not yet been brought before the Court.)

7   The Court set the next hearing in this case for October 27, 2006 at 11:00 a.m.  At the

8 request of moving defendants Darrick Curtiss Hom and David Lee, the Court also continued the

9 hearing on their motions to that date.  On October 27, 2006 at 11:00 a.m., the Court will hear all

10 further pretrial motions from defendants, including motions to suppress, motions for severance,

11 and motions for bills of particulars.  Defendants Yuta Arai and Que Donald Hac, who have

12 recently been charged in this case, and Brian Hung Lun Ly, whose counsel has been ill, will not

13 be held to this schedule.)

14   With the concurrence of all defendants, the Court made a finding of complexity and

15 excluded time from August 25, 2006 (the date of the last Speedy Trial exclusion) through and

16 including October 27, 2006 (the date of the next appearance in this case).

17   Accordingly, THE COURT FINDS THAT the ends of justice served by granting a

18 continuance from August 25, 2006 (the date through which the last Speedy Trial exclusion

19 pertained) through and including October 27, 2006 (the date of the scheduled argument on

20 defendants' further motions) outweigh the best interest of the public and the defendants in a

21 speedy trial.  THE COURT FURTHER FINDS THAT the case is so factually and legally

22 complex, due to the number of defendants and the nature of the prosecution (including the

23 volume and range of discovery, the nature of the underlying investigation, the number of searches

24 and search warrants involved, and the need for further discovery to be produced and reviewed),

25 due to the motions currently pending and in particular due to the number of further motions that

26 defense counsel contemplate filing, that it is unreasonable to expect adequate preparation for

27 pretrial proceedings and for the trial itself within the otherwise applicable time limits set forth in

28 the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

ORDER EXCLUDING TIME
[CR 05-0375 SI]                              2

1 The COURT FURTHER FINDS THAT, even if the case were not complex as found above, failure to grant the requested continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to October 27, 2006 at 11:00 a.m. for hearing on defendants' pretrial motions, and for status as to defendants Yuta Arai and Que Donald Hac. Defendants shall file their motions on or before September 11, 2006; defendant Lee shall file his reply brief, pertaining to his motion to dismiss the indictment on <u>ex</u> <u>post</u> <u>facto</u> grounds on or before this same date. The government shall file its oppositions on or before October 6, 2006. Defendants' reply briefs, if any, shall be filed on or before October 13, 2006. This briefing schedule shall not apply to defendants Arai, Que Hac, and Ly. This briefing schedule shall not prevent defendant Iris Lai Hung Tam from re-calendaring her previously filed motions, which have been taken off calendar in order to further plea discussions between her and the government.

2. The period from August 25, 2006 (the date through which the last Speedy Trial exclusion pertained) through and including October 27, 2006 (the date of the next scheduled hearing in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii) & (iv).

IT IS SO ORDERED.

DATED:

_____
HON. SUSAN ILLSTON
United States District Judge

ORDER EXCLUDING TIME
[CR 05-0375 SI]                    3