1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12    UNITED STATES OF AMERICA,              )    Criminal Number: 05-0375 SI
                                             )
13           Plaintiff,                      )
                                             )
14       v.                                  )    **STIPULATION AND [PROPOSED]**
                                             )    **ORDER TO EXTEND THE MOTIONS**
15    DAVID LEE,                             )    **BRIEFING SCHEDULE**
      DARRICK CURTIS HOM, and                )
16    JAY CHEN                               )
                                             )
17           Defendant.                      )
                                             )
      _____       )

18

19          Since September 11, 2006, the Government has received fifteen substantive pre-trial

20    motions from counsel for defendants David Lee, Edward Park, Richard Wong, Darrick Hom, Jay

21    Chen, Enrique Chan, and Minho Cho.  The Government is to file its opposition papers by Friday,

22    October 6, 2006, and the defendants are to file any reply to the Government's opposition papers

23    by Friday, October 13, 2006.  A hearing on all of the motions is schedule for October 27, 2006.

24          During the week of September 11, 2006, AUSA Alexis Hunter joined this case to assist

25    AUSA Andrew Scoble in its prosecution.  Since that time, she has been making efforts to

26    familiarize herself with the case.  AUSAs Hunter and Scoble have also been investigating the

27    claims underlying the defendants' motions and preparing opposition papers.  Over the past week

28    and a half AUSA Hunter has been sick with cold/flu-like symptoms and has been "in and out" of

2

1   the office on sick leave and for doctor's appointments.  AUSA Scoble has had a number of

2   doctor's appointments and court appearances on this and other cases.  For such reasons,

3   Government counsel believe that they will not be able to comply fully with the October 6th filing

4   date.

5          The Government requests a one-week extension to file opposition papers to Defendant

6   David Lee's motion to suppress evidence recovered from 78 Shotwell Street and Defendant

7   Darrick Hom's and Jay Chen's severance motions.  AUSA Hunter has spoken to Mr. Laurence

8   Lichter (counsel for David Lee), Mr. Omar Figueroa (counsel for Jay Chen), and Ms. Nedra Ruiz

9   (counsel for Darrick Hom) about the Government's request to revise the motions briefing

10  schedule.  All three counsel have no objection to the Government's request.

11         The parties now agree that the Government will file its opposition papers to the

12  defendants motions by Friday, October 13, 2006.  The defendants will file any reply to the

13  Government's opposition papers by Wednesday, October 18, 2006.  The motions hearing date

14  will remain at October 27, 2006.

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28  //

2

1   IT IS SO STIPULATED.

2

3   DATED:                                          /s/ Laurence Litchter
                                        LAURENCE JEFFREY LICHTER
4   _____                  Attorney for the Defendant David Lee

5

6   DATED:                                          /s/  Omar Figuroa
                                        OMAR FIGUEROA
7   _____                  Attorney for the Defendant Jay Chen

8

9   DATED:                                          /s/  Nedra Ruiz
                                        NEDRA RUIZ
10  _____                  Attorney for the Defendant Darrick Hom

11

12  DATED:_____                               /s/   Alexis Hunter
                                        ANDREW M. SCOBLE
13  _____                  ALEXIS HUNTER
                                        Assistant United States Attorneys
14

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17      1.      That the government's opposition papers shall be filed by October 13, 2006, and

18              the defendants' reply papers shall be filed by October 18, 2006 .

19      2.      That the hearing date in this case shall remain at October 27, 2006.

20

21  DATED:
                                        SUSAN ILLSTON
22                                      United States District Court Judge

23

24

25

26

27

28

3

1                                   <u>CERTIFICATE OF SERVICE</u>

2             The undersigned hereby certifies that she is an employee of the office of the United States

3 Attorney, Criminal Division, Northern District of California and is a person of such age and

4 discretion to be competent to serve papers.  The undersigned further certifies that she caused

5 copies of the STIPULATION AND [PROPOSED] ORDER TO EXTEND THE MOTIONS

6 BRIEFING SCHEDULE, in the case of <u>United States v. David Lee, et. al</u>, CR 05-0375 SI, to be

7 served this date upon the persons below:

8

9 <u>By Facsimile to (415) 421-1331</u>

10 Mr. Omar Figueroa
     Mr. Laurence Jeffrey Lichter

11 Ms. Nedra Ruiz
     Pier 5 Law Offices

12 506 Broadway
     San Francisco, CA 94133

13

14         I certify under penalty of perjury that the foregoing is true and correct. Executed on

15 October 3, 2006 at San Francisco, California

16

17                                 /s/ Alexis Hunter
                                ALEXIS HUNTER

18                                 Assistant U.S. Attorney

19

20

21

22

23

24

25

26

27

28