```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  ANDREW M. SCOBLE (CSBN 124940)
    ALEXIS HUNTER (NYSBN 3939824)
 5  Assistant United States Attorneys

 6     450 Golden Gate Ave.
       San Francisco, California  94102
 7     Telephone:  (415) 436-7249
       Fax:  (415) 436-7234
 8     E-Mail:  andrew.scoble@usdoj.gov

 9  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ENRIQUE CHAN,<br>RICHARD WONG,<br>SERGIO ALVAREZ,<br>YUTA ARAI,<br>JAY CHEN,<br>MINHO THOMAS CHO,<br>FAISAL MANSOOR ALY GOWANI,<br>CHI DUC HAC,<br>QUE DONALD HAC,<br>DARRICK CURTISS HOM,<br>DAVID LEE,<br>BRIAN HENG LUN LY,<br>ROSELIA PUGA MENDOZA,<br>PHUNG VAN NGUYEN,<br>THY QUANG NGUYEN,<br>EDWARD WOOK SUNG PARK,<br>MICHAEL SAY SU,<br>IRIS LAI HUNG TAM, and<br>EDWIN GORDON TOY,<br><br>　　　　Defendants. | No.: CR 05-0375 SI<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

|   |   |
|---|---|
| 1 | ORDER EXCLUDING TIME |

2  On October 27, 2006, the parties appeared before the Court for a hearing on motions
3  previously filed by a number of the defendants.  All defendants currently before the Court in this
4  case, and whose presence had not previously been waived, were present with counsel, with the
5  exception of Jay Chen, who was not present but whose appearance his counsel waived.
6  (Fugitives Phung Van Nguyen and Michael Say Su have not yet been brought before the Court.)
7   At the hearing, the Court asked defense and government counsel to respond to a number
8  of questions on factual issues, after which the Court took all pending motions under submission.
9  With respect to several of these motions, the Court ordered further filings by the parties.  The
10  Court then put the case over for further status and trial setting on December 15, 2006 at 11:00
11  a.m.  The Court also ordered that defendant Brian Ly shall file his motions by that date, and that
12  the complete briefing and hearing schedule for defendant Ly's motions will then be set at the
13  December 15, 2006 appearance.
14   With the concurrence of all counsel and of all defendants present, the Court made a
15  further finding of factual and legal complexity, and excluded time from October 27, 2006
16  through and including December 15, 2006.
17   Accordingly, THE COURT FINDS THAT the ends of justice served by granting a
18  continuance from October 27, 2006 (the date through which the last Speedy Trial exclusion
19  pertained) through and including December 15, 2006 (the date of the parties' next scheduled
20  appearance in this case) outweigh the best interest of the public and the defendants in a speedy
21  trial.  THE COURT FURTHER FINDS THAT the case is so factually and legally complex, due
22  to the number of defendants and the nature of the prosecution (including the volume and range of
23  discovery, the nature of the underlying investigation, the number of searches and search warrants
24  involved, the ongoing need for further discovery to be produced and reviewed, and the relatively
25  recent appearance in the case of several defense counsel – including counsel for defendants Que
26  D. Hac and Yuta Arai), due to the motions currently pending (some of which require further
27  filings to assist the Court in determining the motions) as well as further motions to be filed, that
28  it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself

within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to December 15, 2006 at 11:00 a.m. for further status, for setting the complete briefing and hearing schedule on defendant Brian Ly's motions, and for trial setting.

2. The period from October 27, 2006 (the date through which the last Speedy Trial exclusion pertained) through and including December 15, 2006 (the date of the parties' next scheduled appearance in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

IT IS SO ORDERED.

DATED: _____

HON. SUSAN ILLSTON
United States District Judge