KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CSBN 124940)
ALEXIS HUNTER (NYSBN 3939824)
Assistant United States Attorneys

  450 Golden Gate Ave.
  San Francisco, California  94102
  Telephone:  (415) 436-7249
  Fax:  (415) 436-7234
  E-Mail:   andrew.scoble@usdoj.gov
            alexis.hunter@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ENRIQUE CHAN,<br>RICHARD WONG,<br>SERGIO ALVAREZ,<br>YUTA ARAI,<br>JAY CHEN,<br>MINHO THOMAS CHO,<br>FAISAL MANSOOR ALY GOWANI,<br>CHI DUC HAC,<br>QUE DONALD HAC,<br>DARRICK CURTISS HOM,<br>DAVID LEE,<br>BRIAN HENG LUN LY,<br>ROSELIA PUGA MENDOZA,<br>PHUNG VAN NGUYEN,<br>THY QUANG NGUYEN,<br>EDWARD WOOK SUNG PARK,<br>MICHAEL SAY SU,<br>IRIS LAI HUNG TAM, and<br>EDWIN GORDON TOY,<br><br>    Defendants. | No.: CR 05-0375 SI<br><br>[PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

| | |
|---|---|
| 1 | ORDER EXCLUDING TIME |

2   On December 15, 2006, the parties appeared before the Court for motions hearing and
status. All defendants currently before the Court in this case and whose presence had not
previously been waived were present with counsel, with the exception of Faisal Gowani, who
was not present but whose appearance his counsel waived at the hearing. (Defendants Phung
Van Nguyen and Michael Say Su were not present, neither having yet been brought before the
Court in this case.)

   The Court set two motions for hearing on February 2, 2007 (with further pleadings to be
filed), and required the government to file its bills of particulars on or before January 19, 2007.
The parties also noted that they wished to use the period between December 15, 2006 and
February 2, 2007 to pursue plea negotiations.

   With the concurrence of all counsel and of all defendants present, the Court made a
further finding of factual and legal complexity, and excluded time from December 15, 2006
through and including February 2, 2007.

   Accordingly, THE COURT FINDS THAT the ends of justice served by granting a
continuance from December 15, 2006 (the date through which the last Speedy Trial exclusion
pertained) through and including February 2, 2007 (the date of the parties' next scheduled
appearance in this case) outweigh the best interest of the public and the defendants in a speedy
trial. THE COURT FURTHER FINDS THAT the case is so factually and legally complex, due
to the number of defendants and the nature of the prosecution (including the volume and range of
discovery, the nature of the underlying investigation, the number of searches and search warrants
involved, the ongoing need for further discovery to be produced and reviewed, and the relatively
recent appearance in the case of several defense counsel – including counsel for defendants Que
D. Hac and Yuta Arai), due to the motions currently pending (including the motion to suppress
cellular telephone searches, as to which the parties have requested leave to supplement their
briefs in order to assist the Court) as well as possible further motions to be filed, that it is

//

//

1  unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within
2  the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18
3  U.S.C. § 3161(h)(8)(A) & (B)(ii).
4     Accordingly, THE COURT ORDERS THAT:
5     1.  This case is continued to February 2, 2007 at 11:00 a.m. for hearing on defendant
6  Park's motion (joined by several defendants) to suppress the warrantless search of cellular
7  telephones, for hearing on defendant Brian Ly's motion to suppress the search pursuant to search
8  warrant of 1951 Quint Street, and for further status and/or trial setting.
9     2.  The period from December 15, 2006 (the date through which the last Speedy Trial
10 exclusion pertained) through and including February 2, 2007 (the date of the parties' next
11 scheduled appearance in this case) is excluded from the otherwise applicable Speedy Trial Act
12 computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).
13    IT IS SO ORDERED.

16 DATED:                           _____
17                                   HON. SUSAN ILLSTON
                                     United States District Judge

ORDER EXCLUDING TIME
[CR 05-0375 SI]                           3