UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 05-00375 SI |
| v. | STIPULATION AND ORDER |
| DAVID LEE, | ALLOWING TRAVEL OUTSIDE THE NORTHERN DISTRICT |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant DAVID LEE may travel to Marysville, California, on Saturday, March 10, 2007, to attend with his family a Chinese New Year celebration at the Bok Kai Temple. Defendant can be reached on cell phone 415-385-3358 during this time.

Pretrial Services has no objection to this request.

Dated: March 6, 2007

  /s/ ANDREW SCOBLE                    /s/LAURENCE JEFFREY LICHTER
ANDREW SCOBLE                          LAURENCE JEFFREY LICHTER
Assistant U.S. Attorney                Attorney for Defendant

**IT IS SO ORDERED.**

Dated:

_____
SUSAN ILLSTON, Judge
United States District Court

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331