SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
ALEXIS HUNTER (NYBN 3939824)
Assistant United States Attorneys

   450 Golden Gate Ave.
   San Francisco, California 94102
   Telephone: (415) 436-7249
   Fax: (415) 436-7234
   E-Mail: andrew.scoble@usdoj.gov
             alexis.hunter@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> ENRIQUE CHAN, <br> RICHARD WONG, <br> SERGIO ALVAREZ, <br> YUTA ARAI, <br> JAY CHEN, <br> MINHO THOMAS CHO, <br> FAISAL MANSOOR ALY GOWANI, <br> CHI DUC HAC, <br> QUE DONALD HAC, <br> DARRICK CURTISS HOM, <br> DAVID LEE, <br> BRIAN HENG LUN LY, <br> ROSELIA PUGA MENDOZA, <br> PHUNG VAN NGUYEN, <br> THY QUANG NGUYEN, <br> EDWARD WOOK SUNG PARK, <br> MICHAEL SAY SU, <br> IRIS LAI HUNG TAM, and <br> EDWIN GORDON TOY, <br>     Defendants. | No.: CR 05-0375 SI <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

|    |                                                                                  |
|----|----------------------------------------------------------------------------------|
| 1  | ORDER EXCLUDING TIME                                                             |

On February 2, 2007, the parties appeared before the Court for motions hearing and status. All defendants currently before the Court in this case and whose presence had not previously been waived were present with counsel. (Defendant Michael Say Su was not present, not yet having been brought before the Court in this case.)

The parties explained that the government had recently sent out a coordinated set of plea offers, and that various defendants wished more time to consider them and to respond to the government concerning them. At the parties' request, accordingly, the Court put the case over to March 9, 2007 in order to allow the parties to pursue further plea negotiations, with the understanding that the parties may next request, and/or the Court may order, that the case be referred to a settlement judge.

With the concurrence of all counsel and of all defendants present, the Court made a further finding of factual and legal complexity, and excluded time from February 2, 2007 through and including March 9, 2007.

Accordingly, THE COURT FINDS THAT the ends of justice served by granting a continuance from February 2, 2007 (the date through which the last Speedy Trial exclusion pertained) through and including March 9, 2007 (the date of the parties' next scheduled appearance in this case) outweigh the best interest of the public and the defendants in a speedy trial. THE COURT FURTHER FINDS THAT the case is so factually and legally complex, due to the number of defendants and the nature of the prosecution (including the volume and range of discovery, the nature of the underlying investigation, the number of searches and search warrants involved, the ongoing need for further discovery to be produced and reviewed, and the relatively recent appearance in the case of several defense counsel – including counsel for defendants Que D. Hac and Yuta Arai), that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to March 9, 2007 at 11:00 a.m. for further status,

1  discussion of case resolution, and potential trial setting.

2      2.    The period from February 2, 2007 (the date through which the last Speedy Trial exclusion pertained) through and including March 9, 2007 (the date of the parties' next scheduled appearance in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii).

    IT IS SO ORDERED.

DATED: _____
HON. SUSAN ILLSTON
United States District Judge