```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    MARK L. KROTOSKI (CABN 138549)
 3  Chief, Criminal Division

 4  ANDREW M. SCOBLE (CABN 124940)
    ALEXIS HUNTER (NYBN 3939824)
 5  Assistant United States Attorneys

 6     450 Golden Gate Ave.
       San Francisco, California  94102
 7     Telephone:  (415) 436-7249/6844
       Fax:  (415) 436-7234
 8     E-Mail:    andrew.scoble@usdoj.gov
                  alexis.hunter@usdoj.gov
 9
    Attorneys for Plaintiff
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.: CR 05-0375 SI |
| Plaintiff, | ) ) | [PROPOSED] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| v. | ) ) | |
| ENRIQUE CHAN, RICHARD WONG, SERGIO ALVAREZ, YUTA ARAI, JAY CHEN, MINHO THOMAS CHO, FAISAL MANSOOR ALY GOWANI, CHI DUC HAC, QUE DONALD HAC, DARRICK CURTISS HOM, DAVID LEE, BRIAN HENG LUN LY, ROSELIA PUGA MENDOZA, PHUNG VAN NGUYEN, THY QUANG NGUYEN, EDWARD WOOK SUNG PARK, MICHAEL SAY SU, IRIS LAI HUNG TAM, and EDWIN GORDON TOY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

| | |
|---|---|
| 1 | ORDER EXCLUDING TIME |

2   On March 9, 2007, the parties appeared before the Court for a status hearing and possible
3   trial setting.  All defendants currently before the Court in this case and whose presence had not
4   previously been waived were present with counsel, with the exception of Faisal Mansoor Ali
5   Gowani.  Mr. Tony Tamburello made a special appearance on behalf of Gowani, whose presence
6   was waived at the hearing, and for whom a written waiver will be submitted to the Court by
7   counsel for Gowani, Mr. Robert Waggener.  (Defendant Michael Say Su was not present, not yet
8   having been brought before the Court in this case.)

9   The government explained that a coordinated set of plea offers had been sent out but that
10  at this juncture the parties have not reached any agreed upon dispositions.  The parties then
11  requested that they be sent to settlement conferences.  At the parties' request, accordingly, the
12  Court put the case over to June 8, 2007 in order to allow for additional time to further plea
13  negotiations and conduct settlement conferences, with the understanding that the parties will
14  appear for trial setting on June 8, 2007 in the absence of plea resolution.

15  With the concurrence of all counsel and of all defendants present, the Court made a
16  further finding of factual and legal complexity, and excluded time from March 9, 2007 through
17  and including June 8, 2007.

18  Accordingly, THE COURT FINDS THAT the ends of justice served by granting a
19  continuance from March 9, 2007 (the date through which the last Speedy Trial exclusion
20  pertained) through and including June 8, 2007 (the date of the parties' next scheduled appearance
21  in this case) outweigh the best interest of the public and the defendants in a speedy trial.  THE
22  COURT FINDS THAT the case is so factually and legally complex, due to the number of
23  defendants and the nature of the prosecution (including the volume and range of discovery, the
24  nature of the underlying investigation, the number of searches and search warrants involved, the
25  ongoing need for further discovery to be produced and reviewed, and the relatively recent
26  appearance in the case of several defense counsel – including counsel for defendants Que D. Hac,
27  Yuta Arai, and Phung Van Nguyen), that it is unreasonable to expect adequate preparation for
28  pretrial proceedings and for the trial itself within the otherwise applicable time limits set forth in

ORDER EXCLUDING TIME
[CR 05-0375 SI]                                    2

the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii). The COURT FURTHER FINDS that failure to grant the continuance would unreasonably deny defendant Phung Van Nguyen with continuity of counsel, and deny all counsel with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §§ 3161(h)(8)(B)(iv).

Accordingly, THE COURT ORDERS THAT:

1. This case is continued to June 8, 2007 at 11:00 a.m. for further status and trial setting.

2. The period from March 9, 2007 (the date through which the last Speedy Trial exclusion pertained) through and including June 8, 2007 (the date of the parties' next scheduled appearance in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii), (iv).

IT IS SO ORDERED.

DATED: 3/12/07

HON. SUSAN ILLSTON
United States District Judge

ORDER EXCLUDING TIME
[CR 05-0375 SI]                                3