SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

W. DOUGLAS SPRAGUE (CASBN 202121)
Acting Chief, Criminal Division

ANDREW M. SCOBLE (CASBN 124940)
Assistant United States Attorney

   450 Golden Gate Ave.
   San Francisco, California  94102
   Telephone:  (415) 436-7249
   Fax:  (415) 436-7234
   E-Mail:     andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ENRIQUE CHAN, <br> RICHARD WONG, <br> SERGIO ALVAREZ, <br> YUTA ARAI, <br> JAY CHEN, <br> MINHO THOMAS CHO, <br> FAISAL MANSOOR ALY GOWANI, <br> CHI DUC HAC, <br> QUE DONALD HAC, <br> DARRICK CURTISS HOM, <br> DAVID LEE, <br> BRIAN HENG LUN LY, <br> ROSELIA PUGA MENDOZA, <br> PHUNG VAN NGUYEN, <br> THY QUANG NGUYEN, <br> EDWARD WOOK SUNG PARK, <br> MICHAEL SAY SU, <br> IRIS LAI HUNG TAM, and <br> EDWIN GORDON TOY, <br><br> Defendants. | No.: CR 05-0375 SI <br><br> [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |

|   |   |
|---|---|
| 1 | ORDER EXCLUDING TIME |

On June 8, 2007, the parties appeared before the Court for status. All defendants currently before the Court in this case and whose presence had not previously been waived were present with counsel. (Defendant Michael Say Su was not present, not yet having been brought before the Court in this case.)

The parties reported on their ongoing efforts to resolve the case short of trial, and explained certain factors – including Shari Greenberger's and Omar Figueroa's unavailability while in trial on another case, and the very recent substitution in of Robert Amparan as counsel for Roselia Mendoza – that have slowed that process. The parties requested that the Court put the case over a further period, to August 3, 2007, to allow the parties to pursue further plea negotiations, with the understanding that the parties would next request that the case be referred to a settlement judge.

With the concurrence of all counsel and of all defendants present, the Court made a further finding of factual and legal complexity, and excluded time from June 8, 2007 through and including August 3, 2007.

Accordingly, THE COURT FINDS THAT the ends of justice served by granting a continuance from June 8, 2007 (the date through which the last Speedy Trial exclusion pertained) through and including August 3, 2007 (the date of the parties' next scheduled appearance in this case) outweigh the best interest of the public and the defendants in a speedy trial. THE COURT FURTHER FINDS THAT the case is so factually and legally complex, due to the number of defendants and the nature of the prosecution (including the volume and range of discovery, the nature of the underlying investigation, the number of searches and search warrants involved, the ongoing need for further discovery to be produced and reviewed, the recent appearance in the case of Robert Amparan on behalf of defendant Roselia Mendoza, and the unavailability of Ms. Greenberger and Mr. Figueroa,, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial itself within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. § 3161(h)(8)(A) & (B)(ii). Finally, THE COURT FURTHER FINDS THAT failure to grant the requested

continuance would unreasonably deny defendants continuity of counsel and would deny defense counsel Greenberger, Figueroa and Amparan the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   Accordingly, THE COURT ORDERS THAT:

   1. This case is continued to August 3, 2007 at 11:00 a.m. for further reporting the status of plea discussions, possible referral to a settlement judge, and potential trial setting.

   2. The period from June 8, 2007 (the date through which the last Speedy Trial exclusion pertained) through and including August 3, 2007 (the date of the parties' next scheduled appearance in this case) is excluded from the otherwise applicable Speedy Trial Act computation, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(ii), (iv).

   IT IS SO ORDERED.

DATED: July 30, 2007

                   HON. SUSAN ILLSTON
                   United States District Judge

*IT IS SO ORDERED — Judge Susan Illston (signature and seal of the United States District Court, Northern District of California)*

ORDER EXCLUDING TIME
[CR 05-0375 SI]         3