**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-375 SI |
| Plaintiff, | **ORDER REFERRING PARTIES TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE** |
| v. | |
| EDWARD PARK, et al., | |
| Defendants. / | |

At the status conference on August 3, 2007, all parties requested that this case be referred to Magistrate Judge James Larson for settlement conferences. Based on those requests, it is ORDERED pursuant to Local Rule 11-1, that the parties promptly confer with Magistrate Judge Larson's chambers to schedule and conduct such settlement conferences.

**IT IS SO ORDERED.**

Dated: August 3, 2007

_Susan Illston_
SUSAN ILLSTON
United States District Judge