1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CABN 124940)
   Assistant United States Attorney
5
       450 Golden Gate Avenue
6      San Francisco, California
       Telephone: (415) 436-7249
7      Facsimile: (415) 436-6982
       E-Mail: andrew.scoble@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA        )   Crim. No. 05-0375 SI
14                                 )
          Plaintiff,                )
15                                 )   (PROPOSED) ORDER EXCLUDING
   v.                              )   TIME FROM SPEEDY TRIAL ACT
16                                 )   COMPUTATION
   ENRIQUE CHAN, et al.,           )
17                                 )
          Defendants.              )
18  _____)

19

20       The parties appeared before the Court on February 15, 2008 at 11:00 a.m. Defendant

21  Enrique Chan, who was present in custody, appeared with attorney Che Hashim. Defendant

22  Richard Wong appeared with attorney Ean Vizzi, defendant Sergio Alvarez appeared with

23  attorney Terence Hallinan, defendant Yuta Arai appeared with attorney Seth Chazin, defendant

24  Jay Chen appeared with attorney James Clarke, defendant Minho Cho appeared with attorney

25  Randolph Daar, defendant Darrick Hom appeared with attorney Nedra Ruiz, defendant David

26  Lee appeared with attorney Laurence Lichter, defendant Brian Ly appeared with attorney

27  Alexandra Rahn, defendant Roselia Mendoza appeared with attorney B. Prince, defendant Phung

28

Order Excluding Time
Crim. No. 05–0375 SI
                               1

1  Van Nguyen appeared with attorney Tony Tamburello, defendant Iris Tam appeared with
2  attorney Shari White, who also appeared specially for attorney Tony Serra on behalf of defendant
3  Edward Park, defendant Que Hac appeared with attorney Gilbert Eisenberg, defendant Michael
4  Su appeared with attorney Harris Taback, and defendant Edwin Toy appeared with attorney
5  Dennis Roberts.  The United States appeared through Assistant U.S. Attorneys Andrew M.
6  Scoble and Nicole M. Kim.

7      At the hearing, the parties jointly requested a further continuance of this case until April
8  18, 2008.  Government counsel noted that four settlement agreements have been discussed with
9  counsel for certain of the defendants -- two agreements have been agreed to in principle, and one
10 agreement is currently in the approval process in the U.S. Attorney's Office.  All parties agreed
11 to resume formal settlement conferences with Magistrate Judge James Larson after the
12 aforementioned pleas are concluded with the Court.

13     The parties further agreed, with their attorneys' concurrence, that this case is legally and
14 factually complex, and that for these reasons, it is appropriate to exclude from the otherwise
15 applicable Speedy Trial Act computation the period from February 15, 2008 through April 18,
16 2008.

17     As the parties have represented, the underlying investigation pertains to three related and
18 factually intertwined prosecutions which stem from a single wiretap investigation.  These three
19 cases in the aggregate involve voluminous discovery (up to approximately at least 150,000 pages,
20 taking into account seized computer data), include wiretap materials which pertain to some
21 defendants in this case, and involve search warrants and investigations by a number of local,
22 state, and federal law enforcement agencies.  Several apparently imminent settlements --
23 including settlements incorporating cooperation agreements -- in the other two related cases
24 (Crim. No. 06-0426 SI and Crim. No. 06-0428 SI) are expected to impact plea negotiations in
25 this case.  Accordingly, all defendants and the Government agreed that the period from February
26 15, 2008 through April 18, 2008 should be excluded from the otherwise applicable Speedy Trial
27 Act computation, because the legal and factual complexity renders it unreasonable to expect
28

Order Excluding Time
Crim. No. 05–0375 SI

1  adequate preparation for pretrial proceedings and for the trial within the otherwise applicable
2  time limits set forth in the Speedy Trial Act.
3       Based upon the above-described representations and the parties' agreement in open
4  Court, THE COURT HEREBY FINDS THAT the ends of justice served by granting a
5  continuance from February 15, 2008 through April 18, 2008 outweigh the best interests of the
6  public and the defendants in a speedy trial, and that the case is so legally and factually complex,
7  due to the nature of the prosecution (including the volume and range of discovery, the nature of
8  the underlying investigation, and the intertwined nature of this case with the aforementioned two
9  related cases), and the number of defendants, that it is unreasonable to expect adequate
10 preparation for pretrial proceedings and for the trial within the otherwise applicable time limits
11 set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. §§ 3161(h)(8)(A), and (B)(ii)
12 and (iv).
13      ACCORDINGLY, THE COURT ORDERS THAT:
14     1.    This case is continued to April 18, 2008 at 11:00 a.m. for status and for
15         reporting of the progress on plea discussions (including the expected timing of
16         any ongoing plea discussions), and for possible setting of motions and trial dates.
17     2.    The parties shall resume settlement conferences with Magistrate Judge James
18         Larson.
19     3.    The period from February 15, 2008 through April 18, 2008 is excluded from the
20         otherwise applicable Speedy Trial computation, pursuant to 18 U.S.C. §§
21         3161(h)(8)(A) and (B)(ii) and (iv).
22      IT IS SO ORDERED.
23
24 DATED: February ____, 2008
25
26                                               _____
27                                               HON. SUSAN ILLSTON
                                              United States District Judge
28

Order Excluding Time
Crim. No. 05–0375 SI