JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California
   Telephone: (415) 436-7249
   Facsimile: (415) 436-6982
   E-Mail: andrew.scoble@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 05-0375 SI |
| Plaintiff, | |
| v. | (PROPOSED) ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| ENRIQUE CHAN, et al., | |
| Defendants. | |

The parties appeared before the Court on April 18, 2008 at 11:00 a.m. Defendant David Lee appeared with attorney Lawrence Lichter. Defendant Michael Su appeared with attorney Harris Taback, who also specially appeared for attorney Seth Chazin on behalf of defendant Yuta Arai. Defendant Darrick Hom appeared with attorney Nedra Ruiz, defendant Jay Chen appeared with attorney Omar Figueroa, defendant Phung Nguyen appeared with attorney Tony Tamburello, and defendant Brian Ly appeared with attorney James Bustamante. Defendant Minho Cho appeared with attorney Randolph Daar, and defendant Roselia Mendoza appeared with attorney Robert Amparan. Defendant Iris Tam appeared with attorney Shari White, who

Order Excluding Time
Crim. No. 05–0375 SI

1

also appeared specially for attorney Tony Serra on behalf of defendant Edward Park. The United States appeared through Assistant U.S. Attorneys Andrew M. Scoble and Nicole M. Kim.

At the hearing, the parties jointly requested a further continuance of this case until July 18, 2008. Government counsel noted that settlement agreements have been discussed with counsel for certain of the defendants and that formal and informal settlement agreements and plea negotiations were on-going. All parties agreed to resume formal settlement conferences with Magistrate Judge James Larson.

The parties further agreed, with their attorneys' concurrence, that this case is legally and factually complex, and that the parties need additional time to participate in the formal and informal settlement process, and that for these reasons, as well as continuity of counsel, it is appropriate to exclude from the otherwise applicable Speedy Trial Act computation the period from April 18, 2008 through July 18, 2008, because the legal and factual complexity renders it unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act.

Based upon the above-described representations and the parties' agreement in open Court, THE COURT HEREBY FINDS THAT the ends of justice served by granting a continuance from April 18, 2008 through July 18, 2008 outweigh the best interests of the public and the defendants in a speedy trial, and that the case is so legally and factually complex, due to the nature of the prosecution (including the volume and range of discovery, the nature of the underlying investigation, and the intertwined nature of this case with the aforementioned two related cases), and the number of defendants, that it is unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. §§ 3161(h)(8)(A), and (B)(ii) and (iv).

ACCORDINGLY, THE COURT ORDERS THAT:

1. This case is continued to July 18, 2008 at 11:00 a.m. for status and for reporting of the progress on plea discussions (including the expected timing of any ongoing plea discussions), and for possible setting of motions and trial dates.

Order Excluding Time
Crim. No. 05–0375 SI

2

2. The parties shall resume settlement conferences with Magistrate Judge James Larson.

3. The period from April 18, 2008 through July 18, 2008 is excluded from the otherwise applicable Speedy Trial computation, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(ii) and (iv).

IT IS SO ORDERED.

DATED: April ____, 2008

_____
HON. SUSAN ILLSTON
United States District Judge