JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE KIM (NYBN 4435806)
ANDREW M. SCOBLE (CABN 124940)
Assistant United States Attorney

450 Golden Gate Ave.
San Francisco, California  94102
Telephone:  (415) 436-6401
Fax:  (415) 436-6982
E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Crim. No. 05-0375 SI |
| ) | |
| v. ) | (PROPOSED) ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT COMPUTATION |
| ENRIQUE CHAN, et al., ) | |
| Defendants. ) | |

The parties appeared before the Court on August 1, 2008 at 11:00 a.m.  Defendant Roselia Mendoza appeared with attorney Robert Amparan; defendant Brian Ly appeared with attorney James Bustamante, who also specially appeared for attorney Harris Taback on behalf of defendant Michael Su; defendant Minho Cho appeared with attorney Randolph Daar, who also specially appeared for attorney Omar Figueroa on behalf of defendant Jay Chen, attorney Nedra Ruiz on behalf of defendant Darrick Ho, attorney Lawrence Lichter on behalf of defendant David Lee, and attorney Tony Serra on behalf of defendant Edward Park; and attorney Lori

Flowers specially appeared for attorneys Garrick Lew on behalf of defendant Iris Tam, and Tony Tamburello on behalf of defendant Phung Van Nguyen. The United States appeared through Assistant U.S. Attorneys Nicole M. Kim and Andrew M. Scoble.

At the hearing, Government counsel noted that significant progress has been made in settlement discussions with several defendants, however, a trial date will be needed for four remaining defendants: Iris Tam, Roselia Mendoza, Edward Park, and David Lee. Counsel for defendant Iris Tam noted that attorney Garrick Lew just recently came into the case and requires additional time to review the discovery. Counsel for Tam requested a status conference date so that attorney Garrick Lew can apprise the Court of the progress made in his review of the discovery and any settlement discussions with the Government. In addition, the parties jointly requested a further continuance of this case until the trial date of February 2, 2009. The parties agreed that additional time is needed for trial preparations and to finalize any plea negotiations with the remaining defendants.

The parties further agreed, with their attorneys' concurrence, that this case is legally and factually complex, and that for that reason, as well as continuity of counsel and effective preparation, it is appropriate to exclude from the otherwise applicable Speedy Trial Act computation the period from August 1, 2008 through February 2, 2009, because the legal and factual complexity renders it unreasonable to expect adequate preparation for pretrial proceedings and for the trial within the otherwise applicable time limits set forth in the Speedy Trial Act.

Based upon the above-described representations and the parties' agreement in open Court, THE COURT HEREBY FINDS THAT the ends of justice served by granting a continuance from August 1, 2008 through February 2, 2009 outweigh the best interests of the public and the defendants in a speedy trial, and that the case is so legally and factually complex, due to the nature of the prosecution (including the volume and range of discovery, the nature of the underlying investigation, and the intertwined nature of this case with the aforementioned two related cases), and the number of defendants, that it is unreasonable to expect adequate

Order Excluding Time
Crim. No. 05–0375 SI

2

1  preparation for pretrial proceedings and for the trial within the otherwise applicable time limits
2  set forth in the Speedy Trial Act, within the meaning of 18 U.S.C. §§ 3161(h)(8)(A), and (B)(ii)
3  and (iv).
4      ACCORDINGLY, THE COURT ORDERS THAT:
5  1. The trial date for defendants Iris Tam, Roselia Mendoza, Edward Park, and David
6  Lee is February 2, 2009 at 8:30 a.m. The pretrial conference will be on January
7  13, 2009 at 3:30 p.m.
8  2. Defendant Iris Tam will appear before the Court for status on September 22, 2008
9  at 11:00 a.m.
10 3. The period from August 1, 2008 through February 2, 2009 is excluded from the
11 otherwise applicable Speedy Trial computation, pursuant to 18 U.S.C. §§
12 3161(h)(8)(A) and (B)(ii) and (iv).
13
14     IT IS SO ORDERED.
15
16 DATED: August ____, 2008

_____
HON. SUSAN ILLSTON
United States District Judge

Order Excluding Time
Crim. No. 05–0375 SI

3