1  Edward W. Swanson, SBN 159859
2  SWANSON McNAMARA & HALLER LLP
   300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorneys for Defendant DAVID LEE
5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DAVID LEE,<br><br>                Defendant. | Case No. CR 05-0375 SI<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT** |

TO: JOSEPH RUSSONIELLO, UNITED STATES ATTORNEY AND TO THE CLERK OF COURT:

PLEASE TAKE NOTICE that, by the filing of this Notice of Substitution of Counsel for Defendant, defendant David Lee hereby substitutes Edward W. Swanson of Swanson, McNamara & Haller LLP as counsel in place of Laurence J. Lichter for all proceedings in the above-referenced matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

By this Notice of Substitution, Edward W. Swanson requests that all future court filings and items of correspondence be addressed to him at his address as listed in the caption.

Dated: 9/22/08

Respectfully submitted,

EDWARD W. SWANSON
Swanson, McNamara & Haller LLP
Attorneys for DAVID LEE

I agree to this substitution.

Dated: 9/23/08

LAURENCE J. LICHTER

I agree to this substitution.

Dated: 9/22/08

DAVID LEE

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Edward W. Swanson is substituted for Laurence J. Lichter as the attorney of record for defendant David Lee.

IT IS SO ORDERED.

Dated:

HON. SUSAN ILLSTON
United States District Court

2