1  Edward W. Swanson SBN 159859
   SWANSON, McNAMARA & HALLER LLP
2  300 Montgomery Street, Suite 1100
   San Francisco, California 94104
3  Telephone: (415) 477-3800
   Facsimile: (415) 477-9010
4
   Attorney for Defendant DAVID LEE
5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              Case No. CR 05-0375 SI

12                    Plaintiff,           **STIPULATION AND [PROPOSED]
                                           ORDER PERMITTING TRAVEL**
13           vs.

14  DAVID LEE,

15                    Defendant.

16

17                            **STIPULATION**

18       David Lee has requested that he be allowed to travel to Marysville, California on Sunday,

19  February 8, 2009 to attend religious services.  United States Pretrial Officer Josh Libby has informed

20  Mr. Lee's counsel that he has no objection to this travel request.  Mr. Lee will provide a complete

21  itinerary before his departure.

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1    Therefore, the parties HEREBY STIPULATE that David Lee may travel to Marysville,

2    California on Sunday, February 8, 2009.

3

4    IT IS SO STIPULATED.

5

6    Dated:  February 4, 2009       _____/ s /_____
                                            Edward W. Swanson
7                                           Swanson, McNamara & Haller LLP
                                            Counsel for ALEX ROMANO
8

9    Dated: February 4, 2009       _____/ s /_____
                                            Nicole Kim
10                                          Assistant United States Attorney

11

12

13                                    **ORDER**

14        Good cause appearing therefor, and upon the stipulation of the parties, the Court HEREBY

15   ORDERS that David Lee may travel to Marysville, California on February 8, 2009.

16

17        IT IS SO ORDERED.

18

19   Dated: _____

20                                          SUSAN ILLSTON
                                            United States District Judge

21

22

23

24

25

26

27

28

**STIP. AND [PROPOSED] ORDER PERMITTING TRAVEL**
*United States v. David Lee*, CR 05-0375 SI      2